UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **BRANDIE E. BARKER STAMM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:22-CV-172 PLC |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Brandie Barker Stamm's application for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  [ECF No. 14]  Plaintiff requests an award of $4,180.70, representing 17.30 hours of attorney work at hourly rates between $235.00 to $243.00.  Plaintiff included an "Itemized Invoice of Legal Services[,]" an affidavit of counsel, and "Plaintiff's Affidavit and Assignment of EAJA Attorney Fee" in which she assigned all court-awarded EAJA fees to her attorney's law firm, Parmele Law Firm.  [ECF No. 14-1, 14-2, 14-3]

Defendant filed a response to Plaintiff's application for attorney fees, in which she states: "Defendant has no objection to Plaintiff's request for attorney fees under the EAJA in the amount of $4,180.70."  [ECF No. 15]  Defendant requests that the Court "enter an order specifically awarding Plaintiff attorney fees of $4,180.70."  She notes, however, that any award of attorney fees is subject to offset to satisfy any preexisting debt Plaintiff owes to the United States.  See Astrue v. Ratliff, 560 U.S. 586 (2010).

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's application for an award of attorney fees [ECF No. 14] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of $4,180.70, subject to offset for any preexisting debt that Plaintiff owes to the United States. After determining whether Plaintiff owes any debt to the United States that is subject to offset, Defendant is directed to pay the EAJA fees directly to Plaintiff's attorney.

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of August, 2023